Argued and submitted January 16, appeal dismissed February 15, 1984

DEAN,
*Appellant,*

*v.*

GUARD PUBLISHING CO., INC.,
dba Eugene Register Guard,
*Respondent.*

(16-83-01564; CA A28281)

676 P2d 369

David C. Force, Eugene, argued the cause and filed the briefs for appellant.

Robert D. Woods, Eugene, argued the cause for respondent. With him on the brief was Cass, Scott, Woods & Smith, Eugene.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

**PER CURIAM**

In this action for invasion of privacy, plaintiff appeals a trial court order and judgment of dismissal as to defendant Guard Publishing Company. However, there is neither a judgment disposing of the case as to the remaining defendant nor a finding by the trial court that there is no just reason for delay in entering a final judgment as to defendant Guard Publishing. ORCP 67B.

Appeal dismissed.